DEPARTMENT OF CORRECTIONS v. GLENN LEO MCNEIL, SR.

June 3, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 120)

WINDMERE, INC., ETC. v. INTERNATIONAL INSURANCE
COMPANY, ETC.

June 3, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 697)

CHERYL TONER AND EDWARD TONER v. MUTUAL LIFE
INSURANCE COMPANY, ETC., ET AL.

June 3, 1986.

Petition for certification denied.

COUNTY OF BERGEN v. J.D. CONSTRUCTION CORP., ET AL.

June 3, 1986.

Petition for certification denied.